AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-10430-JMF-GWG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☒ I personally served the summons on the individual at *(place)*
9055 GAYLORD DRIVE, SUITE 104, Houston, TX 77024 on *(date)* 01/09/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* 01/10/2023 , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lisa Bown, Employee , who is
designated by law to accept service of process on behalf of *(name of organization)* MILLA AND ELLA CO., LLC
on *(date)* 01/09/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 179.00 for travel and $ _____ for services, for a total of $ 179.00 .

I declare under penalty of perjury that this information is true.

Date: 01/17/2023

Server's signature

Giltene McDaniel, PROCESS SERVER
*Printed name and title*

800 W. 1st St., Ste. 200B, Los Angeles, CA 90012
*Server's address*

Additional information regarding attempted service, etc: