UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSTY RENDON an individual, and<br>JOHN PANARESE, an individual<br>　　　Plaintiff,<br><br>v.<br><br>MILLA AND ELLA CO., LLC<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§　Civil Action No. 1:22-cv-10430-JMF-GWG<br>§<br>§<br>§<br>§ |

## DEFENDANT MILLA AND ELLA CO., LLC'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Milla and Ella Co., LLC ("Defendant") states that it is a privately held limited liability company with no corporate affiliates, subsidiaries, or parent corporation. No publicly held corporation owns 10% or more of Milla and Ella Co., LLC stock.

Dated: March 9, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JACKSON WALKER LLP


　　　　　　　　　　　　　　　　By:　 /s/ Joel R. Glover
　　　　　　　　　　　　　　　　　　　Joel R. Glover
　　　　　　　　　　　　　　　　　　　NY Bar No. 5697487
　　　　　　　　　　　　　　　　　　　1401 McKinney Street, Suite 1900
　　　　　　　　　　　　　　　　　　　Houston, Texas 77010
　　　　　　　　　　　　　　　　　　　(713) 752-4200 – Phone
　　　　　　　　　　　　　　　　　　　(713) 752-4221 – Fax
　　　　　　　　　　　　　　　　　　　jglover@jw.com

　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　**MILLA AND ELLA CO., LLC**

- 2 -

## CERTIFICATE OF SERVICE

     I certify that on March 9, 2023, I caused a copy of the foregoing pleading to be served upon counsel of record for all parties via the Court's ECF system.

                                       */s/ Joel R. Glover*
                                       Joel R. Glover