

Page **1** of **1**

**Via Electronic Filing**  March 17, 2023
The Honorable Jesse Matthew Furman
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

MEMORANDUM ENDORSED

Re.: *Rendon et al v. Milla and Ella Co., LLC* **(1:22-cv-10430)**

**Request for Adjournment of Case Management Conference Scheduled for March 20, 2023, at 10:30 a.m.**

Dear Judge Furman:

On behalf of Defendant, Milla and Ella Co., LLC, in the above-referenced matter, and in accordance with Rule 2(E) of *Individual Motion Practices and Rules of Judge Jesse Matthew Furman*, the undersigned counsel files this letter motion, respectfully requesting the Court to adjourn the Pre-Motion Conference currently scheduled for March 20, 2023, at 10:30 a.m.

Defendant respectfully requests an adjournment of the hearing, for a period of at least 14 days, due to undersigned counsel's recent engagement and the necessary time required to intake and process Defendants' records.

This is the first request for adjournment. Plaintiff does not oppose either Defendant's request for adjournment or Defendant's requested alternative relief. The requested adjournment does not impact any other scheduled date.

We thank the Court for its attention to this matter.

Respectfully,

*Ian E. Smith*

Ian E. Smith, Esq.
Partner, Spire Law, PLLC

Application denied without prejudice.  First, the conference is before the undersigned, not Judge Furman.  Second, any application to adjourn the conference must comply with paragraph 1.F of this Court's Individual Practices.   Counsel has leave to submit a new request compliant with that paragraph.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

March 17, 2023