UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RUSTY RENDON and
JOHN PANARESE,

                      Plaintiffs,          **22 Civ. No. 10430 (JMF) (GS)**

     -against-                                       **ORDER**

MILLA AND ELLA CO., LLC,

                      Defendant.

-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      The parties are directed to submit a joint letter to the Court regarding the status of this matter on or before October 13, 2023.  The parties are further directed to consult the undersigned's Individual Practices in Civil Cases prior to submission of their joint letter.

      **SO ORDERED.**

DATED:      New York, New York
                October 5, 2023

                                                            _____
                                                            The Honorable Gary Stein
                                                             United States Magistrate Judge