UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RUSTY RENDON and JOHN PANARESE,

                      Plaintiffs,                              **SCHEDULING ORDER**

      -against-                                    **22 Civ. 10430 (DEH) (GS)**

MILLA AND ELLA CO., LLC,

                      Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

The parties attended a pre-settlement conference call with the Court on November 7, 2023. During the call, the parties agreed to participate in a remote settlement conference before the undersigned on **Wednesday, November 29, 2023 at 2:00 PM**. The settlement conference will take place at that time via **Microsoft Teams**, and the parties are directed to dial **646-453-4442 (Access Code: 841 784 706#)**.

Further, the November 9, 2023 deadline to submit a joint pretrial order, as outlined in the Court's October 18, 2023 Scheduling Order, is hereby **EXTENDED** to **December 4, 2023**. (*See* Dkt. No. 25). The Scheduling Order's other parameters remain in effect.

    **SO ORDERED.**

DATED:    New York, New York
                 November 8, 2023

                                                                    _____
                                                                    GARY STEIN
                                                                    United States Magistrate Judge